UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ROBERT CHANDLER,

       Plaintiff,

Case No. 1:18-cv-650

v.

Honorable Paul L. Maloney

IONIA CORRECTIONAL
FACILITY et al.,

       Defendants.
_____/

## JUDGMENT

In accordance with the Opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   September 28, 2018         /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    United States District Judge